UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR DUMPSON,<br><br>      Plaintiff,<br><br>      v.<br><br>BRIAN ANDREW ADE,<br><br>EVAN JAMES MCCARTY,<br><br>ANDREW ANGLIN, in his personal capacity and d/b/a DAILY STORMER,<br><br>and<br><br>MOONBASE HOLDINGS, LLC, d/b/a ANDREW ANGLIN and/or DAILY STORMER,<br><br>      Defendants. | Case No. 1:18-cv-01011-RMC |

## STATUS REPORT

Plaintiff Taylor Dumpson ("Plaintiff"), by and through the undersigned counsel, respectfully submits this status report:

1. On April 30, 2018, Plaintiff filed the complaint in this case. (Dkt. 1). Summons were issued on May 1, 2018. (Dkt. 5).

2. On May 1, 2018, Defendants Ade and McCarty were both served in person with a summons and complaint, rendering their answers to the complaint due on May 22, 2018. (Dkt. 7).

3. Plaintiff has received no response from Defendant Ade, and no responsive pleading or Rule 12 motion has been filed by him.

4. Accordingly, on June 19, 2018, Plaintiff requested the Clerk of Court to enter default for Mr. Ade, and on June 19, 2018, the Clerk of Court entered default for Mr. Ade.

5. With respect to Defendant McCarty, two representatives of Mr. McCarty have contacted counsel for Plaintiff, requesting extensions of the time to respond. Counsel for Plaintiff agreed to these extensions, first to June 1, 2018, and then to June 29, 2018. Mr. McCarty has not filed a motion with the Court requesting these extensions; however, Plaintiff does not intend to move for default against Defendant McCarty until after June 29, 2018.

6. Plaintiff has made extensive efforts to serve Defendant Anglin in his personal capacity and as registered agent for Defendant Moonbase Holdings, LLC, including attempting to serve Mr. Anglin in person at thirteen different addresses associated with him, and attempting to serve him via certified mail at his P.O. Box and six addresses. Plaintiff is awaiting confirmation as to whether service by certified mail has succeeded and is continuing to diligently pursue options to serve Mr. Anglin should attempts to serve fail. Should reasonable efforts fail, Plaintiff may seek an extension of time to continue to attempt serve Mr. Anglin by other means permitted by law.

7. Because the defendants are differently situated as regards default status, Plaintiff does not intend to move for a default judgment against Defendant Ade at present. Plaintiff will do so at the appropriate time.

8. Counsel for Plaintiff is available to answer any questions the Court may have regarding the status of this matter.

Dated: June 20, 2018

                                            Respectfully submitted,

                                            */s/ Ragan Naresh*

                                            Ragan Naresh (D.C. Bar No. 984732)
                                            **KIRKLAND & ELLIS LLP**
                                            655 15th St. NW, #1200
                                            Washington, D.C. 20005
                                            (202) 879-5000
                                            ragan.naresh@kirkland.com

                                            *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing Status Report were served on all parties electronically via ECF, or via Federal Express, on June 20, 2018.

| | |
|---|---|
| **BRIAN ANDREW ADE,**<br>7205 Old Nashville Road,<br>Fairview, TN 37062 | **EVAN JAMES MCCARTY,**<br>5010 Saxon Way,<br>Eugene, OR 97405 |
| **ANDREW ANGLIN, in his personal capacity and d/b/a DAILY STORMER,**<br>6827 N High Street, Suite 121,<br>Worthington, OH 43085 | **MOONBASE HOLDINGS, LLC, d/b/a ANDREW ANGLIN and/or DAILY STORMER,**<br>6827 N High Street, Suite 121,<br>Worthington, OH 43085 |

*/s/ Ragan Naresh*
Ragan Naresh