CO 538
Rcv. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Taylor Dumpson
  Plaintiff(s)

vs.                                              Civil Action No. 1:18-cv-01011-RMC

Brian Andrew Ade, et al.
  Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __25__ day of __September__, __2018__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) **Moonbase Holdings, LLC** was [were] (select one):

☐ personally served with process on _____.

☐ served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____.

☐ served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

☑ The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: DC Code § 13-423(a)(3). Defendant was served July 10, 2018 pursuant to Ohio Rev. Code § 1705.06(H)(2).

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

☑ no extension has been given and the time for filing has expired

☐ although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

                              Attorney for Plaintiff(s) [signature]
                              Ragan Naresh
                              Kirkland & Ellis LLP
                              655 15th St. NW, #1200
                              Washington, D.C. 20005
                              (202) 879-5000

D.C. Bar No. 984732

Bar Id. Number                          Name, Address and Telephone Number