

# Jon Husted
Ohio Secretary of State

180 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: (877) 767-6446    Fax: (614) 644-0649
www.OhioSecretaryofState.gov

## Notice of Receipt

Date of Service: 7/10/2018                Case Number: 18-1011

Taylor Dumpson   **VERSUS**   Brian Andrew Ade, et al

The Secretary of State of Ohio received service of process, notice or demand as the statutory agent for Moonbase Holdings, LLC at P. O. Box 208, Worthington, OH, 43085 under Section 1705.06 of the Ohio Revised Code. Service was forwarded via certified mail to any available address of the company and the address set forth in the affidavit.

Sincerely,

Jon Husted
Secretary of State

lmf
9967