Default - Rule 55A (CO 40 Revised-4/2011)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

TAYLOR DUMPSON

_____
Plaintiff(s)

Civil Action: 18-cv-01011-RMC

v.

BRIAN ANDREW ADE, et al
_____
Defendant(s)

RE:  MOONBASE HOLDINGS, LLC

# DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on July 10, 2018, and an affidavit on behalf of the plaintiff having been filed, it is this 3rd day of October, 2018 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ Tonya Hightower
Deputy Clerk