UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR DUMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>BRIAN ANDREW ADE,<br><br>EVAN JAMES MCCARTY,<br><br>ANDREW ANGLIN, in his personal capacity and d/b/a DAILY STORMER,<br><br>and<br><br>MOONBASE HOLDINGS, LLC, d/b/a ANDREW ANGLIN and/or DAILY STORMER,<br><br>    Defendants. | Case No. 1:18-cv-01011-RMC |

## STATUS REPORT

Plaintiff Taylor Dumpson ("Plaintiff"), by and through the undersigned counsel, respectfully submits this status report:

1.  On June 20, 2018, Plaintiff filed a status report with the Court, stating that (a) Defendant Ade had been served, failed to respond, and default had been entered against him, (b) Defendant McCarty had been served and requested an extension, to which Plaintiff agreed, and (c) Plaintiff was still attempting to serve Andrew Anglin and Moonbase Holdings, LLC ("Moonbase"). (Dkt. 11).

2.  On July 10, 2018, Plaintiff served Moonbase by serving the Secretary of State of Ohio, pursuant to Ohio Rev. Code § § 1705.06(H)(2), which allows for service of an limited

liability company registered in Ohio via the Secretary of State when the registered agent cannot be found or no longer has the address stated in the records of the Secretary of State. (Dkt. 19).

3. Plaintiff has received no response from Moonbase, and Moonbase has not filed a responsive pleading or Rule 12 motion.

4. Accordingly, on September 25, 2018, Plaintiff requested that the Clerk of Court enter default for Moonbase. (Dkt. 18). On October 3, 2018, the Clerk of Court entered default for Moonbase. (Dkt. 20).

5. With respect to Defendant McCarty, counsel for Plaintiff remains in contact with a representative of Defendant McCarty, and has agreed to an extension of time to respond until October 24, 2018. Mr. McCarty has not filed a motion with the Court requesting this extension; however, Plaintiff does not intend to move for default against Defendant McCarty until after October 24, 2018.

6. Plaintiff's efforts to serve Defendant Anglin are still underway. On July 24, 2018, Plaintiff moved for an extension of time to serve Mr. Anglin and for permission to serve Mr. Anglin by publication, (Dkt. 14), which the Court granted on July 30, 2018, resetting the deadline to serve Mr. Anglin to October 29, 2018, and permitting Plaintiff to serve Mr. Anglin by publication, (Dkt. 15). The week of July 30, 2018, counsel for Plaintiff called the Clerk of Court in Franklin County seeking information on how to file an affidavit for service by publication. After this call, counsel mailed the affidavit for service by publication to the Franklin County Clerk of Court on August 8, 2018. On August 28, 2018, the Clerk of Court sent a Notice of Requirement Deficiency informing counsel that the affidavit must be e-filed with the Franklin County Clerk of Court, which in turn required the initiation of a miscellaneous action in Ohio state court. This notice was received in early September. Plaintiff subsequently retained local counsel in the

Columbus, Ohio area to file the affidavit of service by publication. On September 27, 2018, Plaintiff filed a miscellaneous action in the Franklin County Court of Common Pleas in Ohio with the request for service by publication (Case Number 18 MS 000401). Plaintiff is awaiting the commencement of publication, which is expected to begin October 11, 2018. Once this occurs, Plaintiff will move this Court for an extension of time to complete service in order to permit the publication to run for the full six-week time period.

7. Because the defendants are differently situated as regards default status, Plaintiff does not intend to move for a default judgment against Defendants Ade and Moonbase at present. Plaintiff will do so at the appropriate time.

8. On September 21, 2018, Plaintiff filed an Amended Complaint. (Dkt. 16). The Amended Complaint does not contain any new causes of action against any of the defendants.

9. Counsel for Plaintiff is available to answer any questions the Court may have regarding the status of this matter.

Dated: October 5, 2018

Respectfully submitted,

*/s/ Ragan Naresh*
Ragan Naresh (D.C. Bar No. 984732)
**KIRKLAND & ELLIS LLP**
655 15th St. NW, #1200
Washington, D.C. 20005
(202) 879-5000
ragan.naresh@kirkland.com

*Counsel for Plaintiff*