# THE DAILY REPORTER

www.thedailyreporteronline.com

580 South High Street • Suite 316
Columbus, Ohio 43215-5644
(614) 224-4835
FAX (614) 224-8649
email: legal@thedailyreporteronline.com

Proof of Publication  11/15/2018

FRANKLIN CTY COMMON PLEAS CT
CLERKS OFFICE
345 S HIGH ST FL 1B
COLUMBUS OH 43215

18MS401
Taylor Dumpson
vs.
Brian Andrew Ade, et al.

Total public notice charge:  $ 337.00

STATE OF OHIO
Franklin County, Ohio, ss.

CINDY A SHILLINGBURG

On behalf of THE DAILY REPORTER, a newspaper published in Franklin County, Ohio, makes oath that the attached printed advertisement was published 6 time(s) in said newspaper i.e., on

October 11, 2018
October 18, 2018
October 25, 2018
November 1, 2018
November 8, 2018
November 15, 2018

and that said newspaper is of general circulation in said County.

_____

Subscribed and sworn to this 15th day of November, 2018.

_____
Notary Public, State of Ohio

DEBRA M. SUSI
Notary Public, State of Ohio
My Commission Expires
March 22, 2023

---

**Notice**
**Common Pleas Court**
**Franklin County, Ohio**

18MS000401 - Taylor Dumpson, Plaintiff vs. Brian Andrew Ade, et al., Defendants

**Andrew Anglin,** whose current address is unknown, is hereby notified that an amended complaint was filed in the United States District Court for the District of Columbia, 333 Constitution Ave NW, Washington, DC 20001 alleging that after being inaugurated as the first female African American student government president at American University, Plaintiff became the victim of racially motivated and threatening hate crimes on said college campus; that a vicious online campaign of racially motivated harassment designed to intimidate placed Plaintiff in fear for her safety; that after the media reported on the hate crime, Defendant Andrew Anglin posted an article about Plaintiff and the campus hate crime on his website, the Daily Stormer; that Andrew Anglin directed his followers to harass the Plaintiff via social media; that Andrew Anglin provided the name and photo of Plaintiff along with links to Plaintiff's Facebook page and the American University Student Government's Twitter page; that Plaintiff experienced severe trauma from the subsequent online harassment; that Defendant violated the District of Columbia Human Rights Act, Bias-Related Crimes Act, and common law; wherefore Plaintiff prays for a declaratory judgment, an injunction, compensatory and punitive damages, costs, attorney fees and such other and further relief as the Court may deem just, proper and appropriate.

Defendants are further notified to answer said complaint within 21 days after the last day of publication.

Kirkland & Ellis LLP by Brian H. Gold, Attorney for Plaintiff, 655 Fifteenth Street N.W., Washington, D.C., 20005 (202) 879-5000

Oct 11/18/25 Nov 1/8/15