Default - Rule 55A (CO 40 Revised-4/2011)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

TAYLOR DUMPSON

        Plaintiff(s)

v.

BRIAN ANDREW ADE, et al

        Defendant(s)

Civil Action: 18-cv-1011-RMC

**RE:**    ANDREW ANGLIN

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served by publication on November 15, 2018, and an affidavit on behalf of the plaintiff having been filed, it is this 11th day of December, 2018 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ Tonya Hightower
Deputy Clerk