UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR DUMPSON,<br><br>   Plaintiff,<br><br>   v.<br><br>BRIAN ANDREW ADE,<br><br>EVAN JAMES MCCARTY,<br><br>ANDREW ANGLIN, in his personal capacity and d/b/a DAILY STORMER,<br><br>and<br><br>MOONBASE HOLDINGS, LLC, d/b/a ANDREW ANGLIN and/or DAILY STORMER,<br><br>   Defendants. | Case No. 1:18-cv-01011-RMC |

## STATUS REPORT

Plaintiff Taylor Dumpson ("Plaintiff"), by and through the undersigned counsel, respectfully submits this status report:

1. On October 5, 2018, Plaintiff filed a status report with the Court, stating that (a) Defendant Ade had been served, failed to respond, and default had been entered against him, (b) Defendant Moonbase Holdings, LLC had been served, failed to respond, and default had been entered against it, (c) Defendant McCarty had been served and requested an extension, to which Plaintiff agreed, and (d) Plaintiff was awaiting the commencement of service by publication on Defendant Andrew Anglin.  (Dkt. 21).

2. On November 20, 2018, Plaintiff filed proof that Defendant Anglin had been served by publication, with the final publication notice on November 15, 2018. (Dkt. 23).

3. On December 10, 2018, Plaintiff filed an affidavit for entry of default and military affidavit against Defendant Anglin. (Dkt. 26; Dkt. 27).

4. On December 11, 2018, the clerk entered default against Defendant Anglin. (Dkt. 28).

5. With respect to the remaining Defendant, Plaintiff will update the court with a filing next week.

6. Counsel for Plaintiff is available to answer any questions the Court may have regarding the status of this matter.

Dated: December 13, 2018

Respectfully submitted,

*/s/ Ragan Naresh*
Ragan Naresh (D.C. Bar No. 984732)
**KIRKLAND & ELLIS LLP**
655 15th St. NW, #1200
Washington, D.C. 20005
(202) 879-5000
ragan.naresh@kirkland.com

*Counsel for Plaintiff*