UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR DUMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-1011 (RMC) |
| ) | |
| BRIAN ANDREW ADE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER TO SHOW CAUSE

The electronic case docket indicates that all remaining Defendants in this case have been served with a summons and a copy of the complaint.  *See* Returns of Service [Dkts. 7, 19, and 23].  Additionally, Plaintiff moved for, and the Clerk granted, default against all remaining Defendants.  *See* Clerk's Entry of Default [Dkts. 10, 20, and 28].  The last entry of default occurred on December 11, 2018, and yet Plaintiff has not initiated default judgment proceedings under Federal Rule of Civil Procedure 55.  Accordingly, it is hereby

**ORDERED** that on or before **February 20, 2019**, the Plaintiff shall show cause in writing why this case should not be dismissed for failure to prosecute.  Failure to respond to this Order by February 20, 2019, will result in the case being dismissed.

Date: February 6, 2019

_____
ROSEMARY M. COLLYER
United States District Judge