## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAYLOR DUMPSON,** | |
| Plaintiff, | |
| v. | |
| **BRIAN ANDREW ADE,** | |
| **ANDREW ANGLIN, in his personal capacity and d/b/a DAILY STORMER,** | Case No. 1:18-cv-01011-RMC |
| and | |
| **MOONBASE HOLDINGS, LLC, d/b/a ANDREW ANGLIN and/or DAILY STORMER,** | |
| Defendants. | |

## MOTION FOR DEFAULT JUDGMENT

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, Plaintiff Taylor Dumpson hereby moves for entry of a default judgment against Defendants Brian Andrew Ade, Andrew Anglin, and Moonbase Holdings, LLC.

All three defendants have been properly served.  *See* Dkt. 7, 19, 23.  The Clerk of Court has entered a default against each defendant.  *See* Dkt. 10, 20, 28.  The evidence in support of this motion, and the legal basis for this motion, is set out more fully in Plaintiff's Memorandum of Points and Authorities in Support and the documents and exhibits attached thereto.

Plaintiff respectfully requests that this Court enter the proposed order for default judgment and compensatory damages in the amount of $101,429.28 against Defendants Ade, Anglin, and Moonbase, jointly and severally; fees and costs in the amount of $124,022.10 against Defendants

Ade, Anglin, and Moonbase, jointly and severally; grant $1,500,000 in punitive damages against Defendants Anglin and Moonbase Holdings, jointly and severally, and $100,000 in punitive damages against Defendant Ade; enter the proposed order for injunctive relief; and grant such other relief this Court deems necessary.

Dated: April 29, 2019                          Respectfully submitted,

<div style="margin-left:45%">

*/s/ Ragan Naresh*

Jon Greenbaum (D.C. Bar No. 489887)
David Brody (D.C. Bar No. 1021476)
Arusha Gordon (D.C. Bar No. 1035129)
**LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW**
1500 K St. NW, Suite 900
Washington, DC 20005
(202) 662-8600
dbrody@lawyerscommittee.org
agordon@lawyerscommittee.org

Dennis A. Corkery (D.C. Bar No. 1016991)
Jonathan Smith (D.C. Bar No. 396578)
**WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS AND
URBAN AFFAIRS**
11 Dupont Circle, Suite 400
Washington, D.C. 20036
(202) 319-1000
Dennis_Corkery@washlaw.org
Jonathan_Smith@washlaw.org

Emily Hughes (D.C. Bar No. 984580)
Ragan Naresh (D.C. Bar No. 984732)
Tracie Bryant (D.C. Bar No. 1018783)
Brian Gold (D.C. Bar No. 1033742)
Katherine Canning (D.C. Bar No. 198696)*
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave. NW
Washington, D.C. 20004
(202) 389-5000
emily.hughes@kirkland.com
ragan.naresh@kirkland.com

</div>

tracie.bryant@kirkland.com
brian.gold@kirkland.com
katherine.canning@kirkland.com

*Application for admission to this Court
pending.