UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR DUMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 18-1011 (RMC) |
| | ) |
| BRIAN ANDREW ADE, | ) |
| ANDREW ANGLIN, and | ) |
| MOONBASE HOLDINGS, LLC, | ) |
| | ) |
| Defendants. | ) |

## ORDER TO SHOW CAUSE

Plaintiff Taylor Dumpson filed a complaint in this matter on April 30, 2018 [Dkt. 1].[1]  Defendant Brian Andrew Ade was served with a summons and copy of the complaint on May 1, 2018 [Dkt. 7].  Defendant Moonbase Holdings, LLC was served with a summons and copy of the complaint on July 10, 2018 [Dkt. 19].  Defendant Andrew Anglin was served by publication upon leave of Court on November 15, 2018 [Dkt. 23].  *See also* Order granting leave to serve via publication [Dkt. 15].  Messrs. Ade and Anglin and Moonbase Holdings have failed to appear, plead, or otherwise defend.  As a result, the Clerk of Court entered default against Mr. Ade on June 19, 2018 [Dkt. 10], Moonbase Holdings on October 3, 2018 [Dkt. 20], and Mr. Anglin on December 11, 2018 [Dkt. 28].  On April 29, 2019, Plaintiff filed a motion for entry of default judgment [Dkt. 35], with a Proposed Order [Dkt. 35-7], Memorandum [Dkt. 35-1], and Exhibits [Dkts. 35-2 to 35-6].  Defendants have not filed a response.  Accordingly, it is hereby

---

[1] An Amended Complaint was filed on September 21, 2018 [Dkt. 16].

**ORDERED** that no later than May 30, 2019, Defendants shall **SHOW CAUSE** in writing why the Court should not grant Plaintiff's motion for default judgment [Dkt. 35].

Date:  May 16, 2019

_____
ROSEMARY M. COLLYER
United States District Judge