# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR DUMPSON, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN ANDREW ADE, <br><br> ANDREW ANGLIN, in his personal capacity and d/b/a DAILY STORMER, <br><br> and <br><br> MOONBASE HOLDINGS, LLC, d/b/a ANDREW ANGLIN and/or DAILY STORMER, <br><br> Defendants. | Case No. 1:18-cv-01011-RMC |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Taylor Dumpson files this Notice of Supplemental Authority to notify the Court of two recent default judgments in cases against Defendants Andrew Anglin and Moonbase Holdings which, like this case, involve claims based on hateful incitement and seek compensatory and punitive damages.

In *Obeidallah v. Anglin*, plaintiff asked for $250,000 in compensatory damages and $500,000 in punitive damages in his motion for default judgment. Case No. 2:17-cv-00720-EAS-EPD, Doc. # 55 at 22 (S.D. Ohio Feb. 22, 2019). On June 13, 2019, the court granted the motion and awarded $470,000 in economic damages, $350,000 in non-economic damages, $3,280,000 in punitive damages, and attorneys' fees to be awarded at a later date. Order, Doc. # 74 (S.D. Ohio June 13, 2019) (attached as Ex. A).

In *Gersh v. Anglin*, plaintiff asked for $461,565 in economic damages, pain and suffering damages, lost earning capacity of $866,375, and punitive damages. Case No. 9:17-cv-00050-DLC-JCL, Doc. # 202 at 22-27, 29-32 (D. Mont. June 21, 2019). On July 15, 2019, the court recommended $1,042,438 in combined economic damages, $3,000,000 for pain and suffering, and $10,000,000 in punitive damages. Findings and Recommendation, Doc. # 211 (D. Mont. July 15, 2019) (attached as Ex. B).

| | |
|---|---|
| Dated: July 22, 2019 | Respectfully submitted, |
| | */s/ Ragan Naresh* |
| | Jon Greenbaum (D.C. Bar No. 489887) |
| | David Brody (D.C. Bar No. 1021476) |
| | Arusha Gordon (D.C. Bar No. 1035129) |
| | **LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW** |
| | 1500 K St. NW, Suite 900 |
| | Washington, DC 20005 |
| | (202) 662-8600 |
| | dbrody@lawyerscommittee.org |
| | agordon@lawyerscommittee.org |
| | |
| | Dennis A. Corkery (D.C. Bar No. 1016991) |
| | Jonathan Smith (D.C. Bar No. 396578) |
| | **WASHINGTON LAWYERS' COMMITTEE FOR CIVIL RIGHTS AND URBAN AFFAIRS** |
| | 11 Dupont Circle, Suite 400 |
| | Washington, D.C. 20036 |
| | (202) 319-1000 |
| | Dennis_Corkery@washlaw.org |
| | Jonathan_Smith@washlaw.org |
| | |
| | Emily Hughes (D.C. Bar No. 984580) |
| | Ragan Naresh (D.C. Bar No. 984732) |
| | Tracie Bryant (D.C. Bar No. 1018783) |
| | Brian Gold (D.C. Bar No. 1033742) |
| | Katherine Canning (D.C. Bar No. 198696) |
| | **KIRKLAND & ELLIS LLP** |
| | 1301 Pennsylvania Ave. NW |

Washington, D.C. 20004
(202) 389-5000
emily.hughes@kirkland.com
ragan.naresh@kirkland.com
tracie.bryant@kirkland.com
brian.gold@kirkland.com
katherine.canning@kirkland.com