# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **TAYLOR DUMPSON,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 18-1011 (RMC) |
| **BRIAN ANDREW ADE, ANDREW ANGLIN, and MOONBASE HOLDINGS, LLC,** | ) | |
| Defendants. | ) | |

# ORDER

For the reasons set forth in the Memorandum Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that Plaintiff's Motion for Default Judgment as to Brian Andrew Ade, Andrew Anglin, and Moonbase Holdings, LLC, Dkt. 35, is **GRANTED**; and it is

**FURTHER ORDERED** that default judgment is entered against Defendants Brian Andrew Ade, Andrew Anglin, and Moonbase Holdings, LLC; and it is

**FURTHER ORDERED** that Defendants Brian Andrew Ade, Andrew Anglin, and Moonbase Holdings, LLC are jointly and severally liable for compensatory damages in the amount of $101,429.28, punitive damages in the amount of $500,000, and attorneys' fees in the amount of $124,022.10; and it is

**FURTHER ORDERED** that Defendants Brian Andrew Ade, Andrew Anglin, and Moonbase Holdings, LLC are enjoined from (1) communicating directly with Taylor Dumpson; or (2) publishing any public statements involving Ms. Dumpson that (a) are defamatory, threatening, intimidating, harassing, or bully; (b) interfere with Ms. Dumpson's

equal enjoyment of public accommodations; (c) incite unlawful acts; or (d) are otherwise unlawful; and it is

**FURTHER ORDERED** that Defendants Andrew Anglin and Moonbase Holdings, LLC preserve all property—including intellectual property—associated with The Daily Stormer until Ms. Dumpson has fully collected the Judgment awarded by this Court.

Date:  August 9, 2019

                                              ROSEMARY M. COLLYER
                                              United States District Judge