UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAYLOR DUMPSON,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>BRIAN ANDREW ADE, *et al.*,  )<br>  )<br>Defendants.  )<br>  ) | Civil Action No. 18-1011 (RMC) |

**ORDER TO SHOW CAUSE**

The Court granted Taylor Dumpson's Motion for Default Judgment on Counts I, II, IV, V, VI, and VIII against Defendants Brian Andrew Ade, Andrew Anglin, and Moonbase Holdings, LLC on August 9, 2019.  *See* Mem. Op. [Dkt. 42]; Order [Dkt. 43].  All claims against Defendant Evan James McCarty were dismissed on January 25, 2019.  *See* 1/25/19 Minute Order.  The only remaining claims are Counts III and VII, alleging bias-related stalking, aiding and abetting stalking, and/or conspiracy to commit stalking under the D.C. Code.  *See* Am. Compl. [Dkt. 16] ¶¶ 159-77, 210-27.  Ms. Dumpson has not initiated default judgment proceedings under Federal Rule of Civil Procedure 55 as to these remaining claims.  Accordingly, it is hereby

**ORDERED** that on or before **September 9, 2019**, Ms. Dumpson shall show cause in writing why the remaining claims should not be dismissed for failure to prosecute.  Failure to respond to this Order by September 9, 2019, will result in the claims being dismissed.

Date: August 26, 2019

ROSEMARY M. COLLYER
United States District Judge