UNITED STATES DISTRICT AND
BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS



US POSTAGE PITNEY BOWES
ZIP 20001 $000.47
02 1W
0001399957 OCT 04 2018

MOONBASE HOLDINGS, LLC
Registered Agent
P.O. Box 208
Worthington, OH 43085

RECEIVED
Mail Room
DEC 1 3 2019
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

NIXIE  430  AE 1700N  C0009/29/19

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 20001   *2317-02507-04-37*